ORIGINAL

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 AUG 19 PM 3: 15
CLERK
____ DIST. OF GA.

Willie Mack Henry, et al

_____

Plaintiff

v.

Community of Hope Center, Inc.
d/b/a Walter Wesley Joyner
Academy, et al

_____

Defendant

Case No. 3:14-CV-00118-DHB-____

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 19th day of August, 2015.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

**NAME OF PETITIONER:** Danielle Bess Obiorah

**Business Address:** Obiorah Fields, LLC
Firm/Business Name

124 N. McDonough Street
Street Address

Jonesboro | GA | 30236
Street Address (con't) | City | State | Zip

255 N. Main Street
Mailing Address (if other than street address)

#1969 | Jonesboro, GA 30237
Address Line 2 | City | State | Zip

(404) 994-6218 | 055770
Telephone Number (w/ area code) | Georgia Bar Number

**Email Address:** DBO@OBIORAHFIELDS.COM