ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 JAN 27 PM 2:59
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| WILLIE MACK HENRY, BRIAN POWELL, SHAUN POWELL, MELVIN THOMAS, EBB O'NEAL, JR., AUTHOR LEE HAVARD, CHARLENE WRIGHT and CAROLYN HORNE,<br><br>Plaintiffs,<br>vs.<br><br>COMMUNITY OF HOPE CENTER, INC. d/b/a WALTER WESLEY JOYNER ACADEMY and JOHNNY VAUGHN,<br><br>Defendants | No.: 3:14-CV-00118-DHB-BKE |

## ORDER GRANTING CONSENT MOTION TO STAY ORDER AND NOTICE OF PRETRIAL PROCEEDINGS

Upon consideration of the Consent Motion to Stay Order and Notice of Pretrial Proceedings, the Court GRANTS the Motion and stays the deadline for filing proposed pretrial order from February 5, 2016, to March 14, 2016.

It is, therefore, ORDERED that the parties will have through and including March 14, 2016 to submit a proposed pretrial order.

SO ORDERED THIS 27th day of January, 2016.

_____
DUDLEY H. BOWEN, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

1