ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 MAR 15 PM 2:26

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| WILLIE MACK HENRY, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CV 314-118 |
| COMMUNITY OF HOPE CENTER, INC., d/b/a WALTER WESLEY JOYNER ACADEMY and JOHNNY VAUGHN, | * | |
| Defendants. | * | |

### ORDER

This matter has come before the Court on the parties' joint motion to stay pretrial and trial deadlines for sixty (60) days in order to pursue settlement of the claims. For good cause shown, the parties' joint motion is **GRANTED**. The Court hereby **ORDERS** that this action is stayed for sixty (60) days so that the parties have an opportunity to engage in settlement discussions for resolution of the case.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE