ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 MAY 23 P 2: 37
CLERK Burton
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| WILLIE MACK HENRY, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CV314-118 |
| COMMUNITY OF HOPE CENTER, INC., d/b/a WALTER WESLEY JOYNER ACADEMY and JOHNNY VAUGHN, | * | |
| Defendants. | * | |

### ORDER

This matter has come before the Court on the parties' joint motion to stay pretrial and trial deadlines and for a magistrate-supervised settlement conference. For good cause shown, the parties' joint motion (doc. no. 33) is **GRANTED**.[1] The Court hereby **ORDERS** that this action is stayed until after the parties have had an opportunity to engage in a settlement conference for potential resolution of the case. The Court will contact the parties to schedule a date for a magistrate-supervised settlement conference. Additionally, in the event the parties do not reach a settlement agreement during the conference, the Court will set a status hearing to occur after the settlement conference for the purpose of re-setting all

---

[1] The Clerk is directed to **TERMINATE** the parties' alternate motion to stay (doc. no. 32).

pretrial and trial dates.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE