ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 SEP -6 P 2: 29
CLERK ABurton
SO. DIST. OF GA.

| | |
|---|---|
| MONTGOMERY COUNTY BANK SHARES, INC., | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO. CV 314-118 |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Montgomery Bank & Trust, | |
| Defendant. | |

O R D E R

The captioned case was stayed on May 23, 2016, to afford the parties an opportunity to engage in a magistrate-supervised settlement conference. On September 1, 2016, counsel for Defendants Community of Hope Center, Inc., and Johnny Vaughn filed a motion to withdraw from the case as counsel of record. Counsel provided the requisite notice to Defendants on June 28, 2016, see Local Rule 83.7, SDGa. The notice also seeks a stay of sixty (60) days to give Defendants an opportunity to seek new counsel. Indeed, Defendant Community Hope Center, Inc. may not proceed without an attorney. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) (stating that a corporation may not proceed pro se or by a representative or agent of the corporation).

Upon due consideration, the motion to withdraw and to stay (doc. no. 35) is **GRANTED**. The Clerk is directed to **TERMINATE** Messrs. Charles E. Cox, Jr., and C. Brian Jarrard as counsel of record for Defendants. This leaves a corporate entity unrepresented by counsel. Accordingly, Defendant Community Hope Center, Inc., is directed to retain new counsel and to have new counsel file a notice of appearance in this case by close of business within sixty (60) days hereof. Failure to do so may result in the entry of default against Defendant Community Hope Center, Inc. The Clerk shall send a service copy of this Order to the following address:

> Community Hope Center, Inc.
> c/o Mr. Johnny Vaughn
> Post Office Box 1072
> Dublin, Georgia 31040

**ORDER ENTERED** at Augusta, Georgia, this ____ day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE