```
IN THE UNITED STATES DISTRICT COURT FOR THE
      SOUTHERN DISTRICT OF GEORGIA
            DUBLIN DIVISION
```

WILLIE MACK HENRY, et al.,          *
                                    *
     Plaintiffs,                    *
                                    *
v.                                  *    CV 314-118
                                    *
COMMUNITY OF HOPE CENTER, INC.,     *
d/b/a WALTER WESLEY JOYNER          *
ACADEMY and JOHNNY VAUGHN,          *
                                    *
     Defendants.                    *

O R D E R

On September 6, 2016, this Court allowed counsel for Defendants Community of Hope Center, Inc. and Johnny Vaughn to withdraw from the case and stayed the case for sixty days to allow Defendants an opportunity to seek new counsel. (Doc. No. 36.) Further, the Court forewarned the corporate defendant, Community of Hope Center, Inc., that it must retain new counsel within that time frame or risk entry of default. To date, Defendant Community of Hope Center, Inc., has failed to have new counsel enter a notice of appearance in this case.

Unfortunately, the Order of September 6, 2016, is incorrectly captioned, though the parties' names within the Order are correct and the Court has no reason to doubt that Defendant Community of Hope Center, Inc., received a service copy of the order through its chief executive officer,

Defendant Johnny Vaughn. Nevertheless, in an abundance of caution, the Court will grant a short extension of fourteen (14) days to Defendant Community of Hope Center, Inc., to retain new counsel.

Upon the foregoing, the Court hereby **ORDERS** that new counsel for Defendant Community of Hope Center, Inc., enter a notice of appearance in this case within fourteen (14) days or show cause, in writing, why the Court should not strike its answer and enter default against it. The Clerk shall send a service copy of this Order to the following address:

> Community of Hope Center, Inc.
> c/o Mr. Johnny Vaughn
> Post Office Box 1072
> Dublin, Georgia 31040

**ORDER ENTERED** at Augusta, Georgia, this 9th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE