IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| WILLIE MACK HENRY, BRIAN POWELL, SHAUN POWELL, MELVIN THOMAS, EBB O'NEAL, JR., AUTHOR LEE HARVARD, CHARLINE WRIGHT, AND CAROLYN HORNE | CIVIL ACTION NO. 3:14-CV-00118-DHB-BKE |
| Plaintiff, | |
| v. | |
| COMMUNITY OF HOPE CENTER, INC. d/b/a WALTER WESLEY JOYNER ACADEMY AND JOHNNY VAUGHN | |
| Defendant. | |

STATE OF GEORGIA
COUNTY OF CLAYTON

## **AFFIDAVIT OF MELVIN THOMAS**

Before me, the undersigned Notary Public in and for said State of Georgia, personally appeared Melvin Thomas, who is known to me and who being duly sworn, doth depose and say as follows:

1. My name is Melvin Thomas. I reside in Dublin, Georgia. I was employed at Community of Hope Center, Inc., d/b/a Walter Wesley Joyner Academy ("Community of Hope"), from March 15, 2012 to September 27, 2013.

2. Johnny Vaughn was the CEO and owner of Community of Hope.

3.     I was employed at Community of Hope in Dublin, Georgia and was a houseparent and supervised male youths who were housed at the Community of Hope facility.

4.     During the period relevant to my claims, March 15, 2012 to September 27, 2013, my hourly rate varied. I was paid the following hourly rates for the following periods:

(a)     March 15, 2012 through April 14, 2012 I was paid $7.50 per hour.

(b)     April 15, 2012 through July 1, 2013 I was paid $7.25 per hour.

(c)     July 2, 2013 through September 1, 2013 I was paid $7.50 per hour.

(d)     September 2, 2013 through September 27, 2013 I was paid $7.25 per hour.

5.     I worked approximately five (5) days per week from 6:00PM to 6:00AM, 12 hours per day, thereby working a total of sixty (60) hours per week which resulted in twenty (20) hours each week of overtime. I did not have scheduled dinner breaks and would eat dinner while supervising the boys I oversaw as a houseparent.

6.     During this time period my complaint encompasses, I was paid for (forty) 40 hours each week, at the hourly rates reflected in Paragraph 4. I was not paid at time and one half for the hours I worked each week in excess of forty hours.

7. During this time period, Johnny Vaughn refused to pay me for the hours I worked over 40 each week, did not include all the time I worked on my paychecks, and failed to keep accurate time records. According to Section 207(a) of the Fair Labor Standards Act ("FLSA"), I was entitled to receive overtime pay during those time periods.

8. The amount of overtime I am owed for the periods listed in Paragraph 4 is as follows:

(a) For the period March 15, 2012-April 14, 2012 my overtime rate would have been $11.25 and the weekly unpaid 20 hours, which I never received, would have been $225.00. The weekly amount of $225.00 x 4 weeks=$900.00.

(b) For the period April 15, 2012 through July 1, 2013 my overtime rate would have been $10.88 and the weekly unpaid hours, which I never received, would have been $217.60. The weekly amount of $217.60 x 63 weeks=$13,708.80.

(c) For the period July 2, 2013 through September 1, 2013 my overtime rate would have been $11.25 and the weekly unpaid 20 hours, which I never received, would have been $225.00. The weekly amount of $225.00 x 8 weeks=$1800.00.

(d)    For the period September 2, 2013 through September 27, 2013 my

overtime rate would have been $10.88 and the weekly unpaid hours, which I

never received, would have been $217.60.  The weekly amount of $217.60 x

3 weeks=$652.80.

9.    Community of Hope and Mr. Vaughn failed to maintain proper

records of my working hours and failed to properly record my working hours.

10.    Community of Hope and Mr. Vaughn's failure to maintain proper

records were willful violations of the FLSA.

11.    I ask that this Honorable Court award to me a judgment against

Community of Hope in the amount of $ 17,061.60 for the overtime compensation I

never received, plus an amount equal to these damages as allowed under the FLSA

in the amount of $17,061.60.  Total back wages and liquidated damages equals

$34,123.20.


[SIGNATURE AND NOTORIZATION APPEARS ON NEXT PAGE]

Witness my had on this 24 day of January, 2017.

_Melvin Thomas_
Melvin Thomas


Sworn to and subscribed before me on this the 24 day of January, 2017.

_____
Notary Public, My Commission Expires _5/12/2017_

GEORGIA
DEKALB COUNTY
TERI FIELDS
NOTARY PUBLIC
MY COMMISSION EXPIRES
MAY 12 2017

Melvin Thomas

| Time Period worked | Total Number of Weeks worked | Hours worked per week | Regular Rate of Pay (calculated from monthly pay) | Overtime rate of pay | Total Overtime hours worked | Amount of overtime wages Due |
|---|---|---|---|---|---|---|
| March 15, 2012 – April 14, 2012 | 4 weeks | 60 hours total (40 regular) 20 overtime hours worked per month=$7.50 | $1200 monthly pay /160 regular hours worked per month=$7.50 | $7.50 *1.5=$11.25 | 4 weeks*20 hours a week= 80 hours | 80 hours *$11.25 $900.00 |
| April 15, 2012 – July 1, 2013 | 63 weeks | 60 hours total (40 regular) 20 overtime hours worked per month=$7.25 | $1160 monthly pay /160 regular hours worked per month-$7.25 | $7.25 *1.5=$10.88 | 63 weeks*20 hours a week= 1260 hours | 1260 hours *$10.88 $13,708.80 |
| July 2, 2013 – September 1, 2013 | 8 weeks | 60 hours total (40 regular) 20 overtime hours | $1200 monthly pay /160 regular hours worked per month=$7.50 | $7.50 *1.5=$11.25 | 8 weeks*20 hours a week= 160 hours | 160 hours *$11.25 $1,800.00 |
| September 2, 2013– September 27, 2013 | 3 weeks | 60 hours total (40 regular) 20 overtime hours | $1160 monthly pay /160 regular hours worked per month=$7.25 | $7.25 *1.5=$10.88 | 3 weeks*20 hours a week= 60 hours | 60 hours *$10.88 $652.80 |
| Grand Total: | | | | | | $17,061.60 |