IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| WILLIE MACK HENRY, BRIAN POWELL, SHAUN POWELL, MELVIN THOMAS, EBB O'NEAL, JR., AUTHOR LEE HARVARD, CHARLINE WRIGHT, AND CAROLYN HORNE<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY OF HOPE CENTER, INC. d/b/a WALTER WESLEY JOYNER ACADEMY AND JOHNNY VAUGHN<br><br>Defendant. | CIVIL ACTION NO. 3:14-CV-00118-DHB-BKE |

STATE OF <u>GEORGIA</u>
COUNTY <u>OF CLAYTON</u>

## **AFFIDAVIT OF EBB O'NEAL, JR.**

Before me, the undersigned Notary Public in the State of Georgia, personally appeared Ebb O'Neal, Jr, who is known to me and who being duly sworn, doth depose and say as follows:

1. My name is Ebb O'Neal, Jr.. I reside in Dublin, Georgia. I was employed at Community of Hope Center, Inc., d/b/a Walter Wesley Joyner Academy ("Community of Hope"), from September 16, 2012 to June 27, 2013.

2. Johnny Vaughn was the CEO and owner of Community of Hope.

3. I was employed at Community of Hope in Dublin, Georgia as a house parent for the male youths housed at the Community of Hope facility.

4. During the period relevant to my claims, September 16, 2012 to June 27, 2013 I was paid $1200.00 per month. My hourly pay rate was $7.50 per hour.

5. I worked five (5) days per week from 6:000PM to 6:00AM, 12 hours per day, thereby working a total of sixty (60) hours per week which resulted in twenty (20) hours each week of overtime. I did not have scheduled dinner breaks and would eat dinner while supervising the boys I oversaw as a houseparent.

6. During this time period my complaint encompasses, I was paid for (forty) 40 hours each week, at the hourly rate of $7.50 per hour I was not paid at time and one half for the hours I worked each week in excess of forty hours.

7. During this time period, Johnny Vaughn refused to pay me for the hours I worked over 40 each week, did not include all the time I worked on my paychecks, and failed to keep accurate time records. According to Section 207(a) of the Fair Labor Standards Act ("FLSA"), I was entitled to receive overtime pay during those time periods.

8. Based upon my rate of pay, my overtime rate would have been $11.25 per hour for the period September 16, 2012 to June 27, 2013. The weekly unpaid

20 hours, which I never received, for these periods would have been $225.00 per week. The weekly amount of $225x 40 weeks=$9,000.00.

9. I ask that this Honorable Court award to me a judgment against Community of Hope in the amount of $9,000.00 for the overtime compensation I never received, plus an amount equal to these damages as allowed under the FLSA in the amount of $9,000.00. Total back wages and liquidated damages equals $18,000.00.

Witness my had on this 24th day of January, 2017.

_____
Ebb O'Neal, Jr.

Sworn to and subscribed before me on this the 24th day of January, 2017.

_____
Notary Public, My Commission Expires 5/12/2017

Witness my had on this 24th day of January, 2017.

                                                         _____
                                                         Ebb O'Neal, Jr.

Sworn to and subscribed before me on this the 24th day of January, 2017.

                                                         _____
                                                       Notary Public, My Commission Expires 5/12/2017

[Notary Seal: TERI FIELDS, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, MY COMMISSION EXPIRES MAY 12, 2017]

Ebb O'Neal

| Time Period worked | Total Number of Weeks worked | Hours worked per week | Regular Rate of Pay (calculated from monthly pay) | Overtime rate of pay | Total Overtime hours worked | Amount of overtime wages Due |
|---|---|---|---|---|---|---|
| September 16, 2012 – June 27, 2013 | 40 weeks | 60 hours total (40 regular) 20 overtime hours | $1200 monthly pay /160 regular hours worked per month=$7.50 | $7.50 *1.5=$11.25 | 4 weeks*20 hours a week= 80 hours | 800 hours *$11.25 **$9,000.00** |
| Grand Total: | | | | | | $9,000.00 |