IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| WILLIE MACK HENRY, BRIAN POWELL, SHAUN POWELL, MELVIN THOMAS, EBB O'NEAL, JR., AUTHOR LEE HARVARD, CHARLINE WRIGHT, AND CAROLYN HORNE<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY OF HOPE CENTER, INC. d/b/a WALTER WESLEY JOYNER ACADEMY AND JOHNNY VAUGHN<br><br>Defendant. | CIVIL ACTION NO.<br>3:14-CV-00118-DHB-BKE |

STATE OF <u>GEORGIA</u>
COUNTY OF <u>CLAYTON</u>

### AFFIDAVIT OF AUTHOR HAVARD

Before me, the undersigned Notary Public in and for State of Georgia personally appeared Author Harvard, who is known to me and who being duly sworn, doth depose and say as follows:

1.   My name is Author Havard and it is misspelled in the caption of this case. I reside in Decatur , Georgia. I was employed at Community of Hope

Center, Inc., d/b/a Walter Wesley Joyner Academy ("Community of Hope"), from 2010 to March 2013.

2. Johnny Vaughn was the CEO and owner of Community of Hope and I reported directly to him.

3. I was employed at Community of Hope in Dublin, Georgia as a house parent and oversaw male youths housed at the facility.

4. During the period relevant to my claims, October 21, 2011 through March 1, 2013, I was paid $7.25 per hour.

5. I worked five (5) days per week from 6:00:P.M., 10 hours per day, thereby working a total of sixty (60) hours per week which resulted in twenty (20) hours each week of overtime. I did not have scheduled dinner breaks and would eat dinner while supervising the boys I oversaw as a houseparent.

6. During this time period my complaint encompasses, I was paid for (forty) 40 hours each week, at the hourly rate of $7.25 per hour. I was not paid at time and one half for the hours I worked each week in excess of forty hours.

7. During this time period, Johnny Vaughn refused to pay me for the hours I worked over 40 each week, did not include all the time I worked on my paychecks, and failed to keep accurate time records. According to Section 207(a) of the Fair Labor Standards Act ("FLSA"), I was entitled to receive overtime pay during those time periods.

8. Based upon my rate of pay, my overtime rate would have been $10.88 per hour for the period I worked for Community of Hope. I was paid only $7.25 per hour for the 20 hours of overtime that I worked per week. Therefore, I did not receive $3.63 in overtime pay for 71 weeks. 71 weeks x 20 hours a week =1420 hours. I am owed 1420 X $3.63=5,154.60.

9. Community of Hope and Mr. Vaughn failed to maintain proper records of my working hours and failed to properly record my working hours.

10. Community of Hope and Mr. Vaughn's failure to maintain proper records were willful violations of the FLSA.

11. I ask that this Honorable Court award to me a judgment against Community of Hope in the amount of $5,154.60.00 for the overtime compensation I never received, plus an amount equal to these damages as allowed under the FLSA in the amount of $5,154.60. Total back wages and liquidated damages equals $10,309.20.

Witness my hand on this 24 day of January, 2017.

_____
Author Havard

Sworn to and subscribed before me on this the 24 day of January, 2017.

_____
Notary Public, My Commission Expires 5/12/2017

Witness my hand on this 24 day of January, 2017.

                                        *Author Havard* (signature)
                                        Author Havard

Sworn to and subscribed before me on this the 24th day of January, 2017.

Notary Public, My Commission Expires 5/12/2017

[Notary Seal: TERI FIELDS, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, MY COMMISSION EXPIRES MAY 12, 2017]

# Arthur Harvard

| Time Period worked | Total Number of Weeks worked | Hours worked per week | Hourly Rate of Pay | Overtime rate of pay diffence in what was paid vs. owed | Total Overtime hours worked | Amount of overtime wages Due |
|---|---|---|---|---|---|---|
| October 1, 2011 - March 1, 2013 | 71weeks | 60 hours total (40 regular) 20 overtime hours | $7.25 hourly | Paid - $7.25 Owed - *1.5=$10.88 Difference =$3.63 | 71 weeks*20 hours a week= 1420 hours | 1420 hours *$3.63 $5,154.60 |
| Grand Total: | | | | | | $5,154.60 |