# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

| | |
|---|---|
| WILLIE MACK HENRY, BRIAN POWELL, SHAUN POWELL, MELVIN THOMAS, EBB O'NEAL, JR., AUTHOR LEE HARVARD, CHARLINE WRIGHT, AND CAROLYN HORNE<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY OF HOPE CENTER, INC. d/b/a WALTER WESLEY JOYNER ACADEMY AND JOHNNY VAUGHN<br><br>Defendant. | CIVIL ACTION NO.<br>3:14-CV-00118-DHB-BKE |

STATE OF <u>GEORGIA</u>
COUNTY OF <u>CLAYTON</u>

## AFFIDAVIT OF CHARLINE WRIGHT.

Before me, the undersigned Notary Public in the State of Georgia, personally appeared Charline Wright who is known to me and who being duly sworn, doth depose and say as follows:

1. My name is Charline Wright. I reside in Dublin, Georgia. I was employed at Community of Hope Center, Inc., d/b/a Walter Wesley Joyner

Academy ("Community of Hope"), from February 15, 2012 through February 28, 2014.

2. Johnny Vaughn was the CEO and owner of Community of Hope.

3. I was employed at Community of Hope in Dublin, Georgia as a house parent for the female youths housed at the Community of Hope facility.

4. During the period relevant to my claims, February 15, 2012 through February 28, 2014 my hourly rate varied. I was paid the following hourly rates for the following periods:

(a) February 15, 2012 through June 14, 2012 I and was paid $7.25 per hour;

(b) June 15, 2012 through August 14, 2012 I was paid $7.50 per hour;

(c) August 15, 2012 through July 31, 2013 I was paid $8.75 per hour;

(d) August 1, 2013 through September 1, 2013 I was paid $8.75 per hour;

(e) September 2, 2013 through February 28, 2014 I was paid $7.25 per hour.

5. I worked five (5) days per week from 6:000PM to 6:00AM, 12 hours per day, from February 15, 2012 through July 31, 2013, thereby working a total of sixty (60) hours per week which resulted in twenty (20) hours each week of overtime. I did not have scheduled dinner breaks and would eat dinner while supervising the girls I oversaw as a houseparent.

6. From August 1, 2013 through my termination in February 2014 I worked five (5) days per week from 6:00PM to 8:00AM, 14 hours per day, thereby working a total seventy (70) hours per week which resulted in thirty (30) hours each week of overtime. I did not have scheduled dinner breaks and would eat dinner while supervising the girls I oversaw as a houseparent.

7. During this time period my complaint encompasses, I was paid for (forty) 40 hours each week, at the hourly rate effective at that time and I was not paid at time and one half for the hours I worked each week in excess of forty hours.

8. During this time period, Johnny Vaughn refused to pay me for the hours I worked over 40 each week, did not include all the time I worked on my paychecks, and failed to keep accurate time records. According to Section 207(a) of the Fair Labor Standards Act ("FLSA"), I was entitled to receive overtime pay during those time periods.

9. Based upon my rate of pay, my overtime rate and weekly unpaid hours is as follows:

(a) February 15, 2012 through June 14, 2012 my overtime rate would have been $10.88 per hour. The weekly unpaid 20 hours, which I never received, for these periods would have been $217.60 per week. The weekly amount of $217.60 x 17 weeks=$3699.20.

(b) June 15, 2012 through August 14, 2012 my overtime rate would have been $11.25 per hour. The weekly unpaid 20 hours, which I never received, for these periods would have been $225.00 per week. The weekly amount of $225 x 8 weeks =$1,800.00.

(c) August 15, 2012 through July 31, 2013 my overtime rate would have been $13.13 per hour. The weekly unpaid 20 hours, which I never received, for these periods would have been $262.60 per week. The weekly amount of $262.60 x 50 weeks=$13,130.00.

(d) August 1, 2013 through September 1, 2013 my overtime rate would have been $13.13 per hour. The weekly unpaid 30 hours, which I never received, for these periods would have been $393.90 per week. The weekly amount of $393.90 x 4 weeks =$1,575.60.

(e) September 2, 2013 through February 28, 2014 my overtime rate would have been $10.88 per hour. The weekly unpaid 30 hours, which I never received, for these periods would have been $326.40 per week. The weekly amount of $326.40 x 21 weeks=$6854.40.

(f) I ask that this Honorable Court award to me a judgment against Community of Hope in the amount of $27,059.20 for the overtime compensation I never received, plus an amount equal to these damages as allowed under the FLSA

in the amount of $27,059.20. Total back wages and liquidated damages equals $54,118.40.

Witness my had on this 25th day of January, 2017.

*Charline Wright*
Charline Wright

Sworn to and subscribed before me on this the 25th day of January, 2017.

*Katherine Kellan Neal*
Notary Public, My Commission Expires 10-5-19



Charline Wright

| Time Period worked | Total Number of Weeks worked | Hours worked per week | Regular Rate of Pay (calculated from monthly pay) | Overtime rate of pay | Total Overtime hours worked | Amount of overtime wages Due |
|---|---|---|---|---|---|---|
| February 15, 2012 – June 14, 2012 | 17 weeks | 60 hours total (40 regular) 20 overtime hours | $1160 monthly pay /160 regular hours worked per month=$7.25 | $7.25 *1.5=$10.88 | 17 weeks*20 hours a week= 340 hours | 340 hours *$10.88 **$3699.20** |
| June 15, 2012 – August 14, 2012 | 8 weeks | 60 hours total (40 regular) 20 overtime hours | $1200 monthly pay /160 regular hours worked per month=$7.50 | $7.50 *1.5=$11.25 | 8 weeks*20 hours a week= 160 hours | 160 hours *$11.25 **$1800.00** |
| August 15, 2012 – July 31, 2013 | 50 weeks | 60 hours total (40 regular) 20 overtime hours | $1400 monthly pay /160 regular hours worked per month=$8.75 | $8.75 *1.5=$13.13 | 50 weeks*20 hours a week= 1000 hours | 1000 hours *$13.13 **$13,130.00** |
| August 1, 2013 – September 1, 2013 | 4 weeks | 70 hours total (40 regular) 30 overtime hours | $1400 monthly pay /160 regular hours worked per month=$8.75 | $8.75 *1.5=$13.13 | 4 weeks*30 hours a week= 120 hours | 120 hours *$13.13 **$1575.60** |
| September 2, 2013 - February 2, 2014 | 21 weeks | 70 hours total (40 regular) 30 overtime hours | $1160 monthly pay /160 regular hours worked per month=$7.25 | $7.25 *1.5=$10.88 | 21 weeks*30 hours a week= 630 hours | 630 hours *$10.88 **$6854.40** |
| **Grand Total:** | | | | | | **$27,059.20** |