IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| WILLIE MACK HENRY, BRIAN POWELL, SHAUN POWELL, MELVIN THOMAS, EBB O'NEAL, JR., AUTHOR LEE HARVARD, CHARLINE WRIGHT, AND CAROLYN HORNE<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY OF HOPE CENTER, INC. d/b/a WALTER WESLEY JOYNER ACADEMY AND JOHNNY VAUGHN<br><br>Defendant. | CIVIL ACTION NO.<br>3:14-CV-00118-DHB-BKE |

STATE OF <u>GEORGIA</u>
COUNTY OF <u>CLAYTON</u>

## AFFIDAVIT OF WILLIE MACK HENRY

Before me, the undersigned Notary Public in and for State of Georgia personally appeared Willie Mack Henry, who is known to me and who being duly sworn, doth depose and say as follows:

1. My name is Willie Mack Henry. I reside in Montrose, Georgia. I was employed at Community of Hope Center, Inc., d/b/a Walter Wesley Joyner Academy ("Community of Hope"), from 2010 to June 2013.

2. Johnny Vaughn was the CEO and owner of Community of Hope and I reported directly to him.

3. I was employed at Community of Hope in Dublin, Georgia as an assistant program manager, however I performed the duties of a house parent.

4. During the period relevant to my claims, October 21, 2011 through June 1, 2013 I received a monthly pay. My monthly pay for the following periods were as follows: (1) October 21, 2011-February 14, 2012 my total monthly pay was $1500.00; (2) February 15, 2012-March 14, 2012 my total monthly pay was $1,404.77; (3) March 15, 2012-May 14, 2012 my total monthly pay was $1500.00; (4) May 15, 2012-June 14, 2012 my total monthly pay was $1,413.86; (5) June 15, 2012-January 14, 2013 my total monthly pay was $1500.00; (6) February 2, 2013-March 1, 2013 my total monthly pay was 1,442.00 (7) March 2, 2013-May 1, 2013 my total monthly pay was $1500.00; (8) May 2, 2013-June 1, 2013 my total monthly pay was $1,380.00.

5. For the period of October 21, 2011-February 14, 2012 my hourly rate of pay was $9.375.

6. For the period February 15, 2012-March 14, 2012 my hourly rate was $8.78.

7. For the period March 15, 2012- May 14, 2012 my hourly rate was $9.375.

8. For the period May 15, 2012 – June 14, 2012 my hourly rate was $8.84.

9. For the period June 15, 2012 – January 14, 2013 my hourly rate was $9.375.

10. For the period February 2, 2013 – March 1 2013 my hourly rate was $9.01.

11. For the period March 2, 2013 – May 1, 2013 my hourly rate was $9.375.

12. For the period May 2, 2013 – June 1, 2013 my hourly rate was $8.63.

13. I worked five (5) days per week from 6:00A.M to 6:00Pm, 12 hours per day, thereby working a total of sixty (60) hours per week which resulted in twenty (20) hours each week of overtime. I did not have scheduled lunch breaks and would eat lunch while supervising the boys I oversaw as a houseparent.

14. During this time period my complaint encompasses, I was paid for (forty) 40 hours each week, at the hourly rates reflected in paragraphs 5, 6, 7, 8, 9, 10, 11, 12. I was not paid at time and one half for the hours I worked each week in excess of forty hours.

15. During this time period, Johnny Vaughn refused to pay me for the hours I worked over 40 each week, did not include all the time I worked on my paychecks, and failed to keep accurate time records. According to Section 207(a)

of the Fair Labor Standards Act ("FLSA"), I was entitled to receive overtime pay during those time periods.

16. Based upon my rate of pay, my overtime rate would have been $14.06 per hour for the periods October 21, 2011 through February 14, 2012, March 15, 2012 through May 14, 2012, June 15, 2012 through January 14, 2013, and March 2, 2013 through May 1, 2013. The weekly unpaid 20 hours, which I never received, for these periods would have been $281.20 per week.

17. The amount of overtime I am owed for the periods listed in Paragraph 17 is as follows:

    (a) For the period October 21, 2011-February 14, 2012 the weekly unpaid 20 hours, which I never received, would have been $281.20. The weekly amount of $281.20 x 16 weeks=$4,499.20;

    (b) For the period March 15, 2012 through May 14, 2012 the weekly unpaid 20 hours, which I never received, would have been $281.20. The weekly amount of $281.20 x 8 weeks=$2,249.60;

    (c) For the period June 15, 2012 through January 14, 2013 the weekly unpaid 20 hours, which I never received, would have been $281.20. The weekly amount of $281.20 x 4 weeks=$8,436.00;

(d) For the period March 2, 2013 through May 1, 2013 the weekly unpaid 20 hours, which I never received, would have been $281.20. The weekly amount of $281.20 x 8 weeks=$2,249.60; and

18. Based upon my rate of pay, my overtime rate would have been $13.17 per hour for the period February 15, 2012-March 14, 2012. The weekly unpaid 20 hours, which I never received, for these periods would have been $263.40 per week. The weekly amount of $263.40 x 4 weeks=$1,053.60.

19. Based upon my rate of pay, my overtime rate would have been $13.26 per hour for the periods May 15, 2012-June 14, 2012. The weekly unpaid 20 hours, which I never received, for these periods would have been $265.20 per week. The weekly amount of $265.20 x 4 weeks=$1060.80.

20. Based upon my rate of pay, my overtime rate would have been $13.52 per hour for the periods February 2 - March 1, 2013. The weekly unpaid 20 hours, which I never received, for these periods would have been $270.40 per week. The weekly amount of $270.40 x 3 weeks=$811.20.

21. Based upon my rate of pay, my overtime rate would have been $12.95 per hour for the periods May 2, 2013 – June 1, 2013. The weekly unpaid 20 hours, which I never received, for these periods would have been $259.00 per week. The weekly amount of $259.00 x 4 weeks=1036.00.

22. Community of Hope and Mr. Vaughn failed to maintain proper records of my working hours and failed to properly record my working hours.

23. Community of Hope and Mr. Vaughn's failure to maintain proper records were willful violations of the FLSA.

24. I ask that this Honorable Court award to me a judgment against Community of Hope in the amount of $21,396.00 for the overtime compensation I never received, plus an amount equal to these damages as allowed under the FLSA in the amount of $21,396.00. Total back wages and liquidated damages equals $42,792.00.

[SIGNATURE AND NOTORIZATION APPEARS ON NEXT PAGE]

This 22 day of ~~January~~ February, 2017.

_____
Willie Mack Henry

Sworn to and subscribed before me on this the 22 day of February, 2017.

_____
Notary Public, My Commission Expires April 28, 2019

> **NIGAR SCOTT**
> NOTARY PUBLIC
> Bibb County
> State of Georgia
> My Comm. Expires April 28, 2019

Willie Mack Henry

| Time Period worked | Total Number of Weeks worked | Hours worked per week | Regular Rate of Pay (calculated from monthly pay) | Overtime rate of pay | Total Overtime hours worked | Amount of overtime wages Due |
|---|---|---|---|---|---|---|
| October 21, 2011-February 14, 2012 | 16 weeks | 60 hours total (40 regular) 20 overtime hours | $1500 monthly pay /160 regular hours worked per month=$9.375 | $9.375 *1.5=$14.06 | 16 weeks*20 hours a week= 320 hours | 320 hours *$14.06 $4499.20 |
| February 15, 2012 - March 14, 2012 | 4 weeks | 60 hours total (40 regular) 20 overtime hours | $1404.77 monthly pay /160 regular hours worked per month=$8.78 | $8.78 *1.5=$13.17 | 4 weeks*20 hours a week= 80 hours | 80 hours *$13.17 $1053.60 |
| March 15, 2012 – May 14, 2012 | 8 weeks | 60 hours total (40 regular) 20 overtime hours | $1500 monthly pay /160 regular hours worked per month=$9.375 | $9.375 *1.5=$14.06 | 8 weeks*20 hours a week= 160 hours | 160 hours *$14.06 $2249.60 |
| May 15, 2012 – June 14, 2012 | 4 weeks | 60 hours total (40 regular) 20 overtime hours | $1413.86 monthly pay /160 regular hours worked per month=$8.84 | $8.84 *1.5=$13.26 | 4 weeks*20 hours a week= 80 hours | 80 hours *$13.26 $1060.80 |
| June 15, 2012 – January 14, 2013 | 30 weeks | 60 hours total (40 regular) 20 overtime hours | $1500 monthly pay /160 regular hours worked per month=$9.375 | $9.375 *1.5=$14.06 | 30 weeks*20 hours a week= 600 hours | 600 hours *$14.06 $8436.00 |

| | | | | |
|---|---|---|---|---|
| February 2, 2013 – March 1, 2013 | 3 weeks | 60 hours total (40 regular) 20 overtime hours | $1442 monthly pay /160 regular hours worked per month=$9.01 | $9.01 *1.5=$13.52 | 3 weeks*20 hours a week= 60 hours | 60 hours *$13.52 **$811.20** |
| March 2, 2013 – May 1, 2013 | 8 weeks | 60 hours total (40 regular) 20 overtime hours | $1500 monthly pay /160 regular hours worked per month=$9.375 | $9.375 *1.5=$14.06 | 8 weeks*20 hours a week= 160 hours | 160 hours *$14.06 **$2249.60** |
| May 2, 2013 – June 1, 2013 | 4 weeks | 60 hours total (40 regular) 20 overtime hours | $1380 monthly pay /160 regular hours worked per month=$8.63 | $8.63 *1.5=$12.95 | 4 weeks*20 hours a week= 80 hours | 80 hours *$12.95 **$1036.00** |
| **Grand Total:** | | | | | | **$21,396.00** |