IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| WILLIE MACK HENRY, BRIAN POWELL, SHAUN POWELL, MELVIN THOMAS, EBB O'NEAL, JR., AUTHOR LEE HARVARD, CHARLINE WRIGHT, AND CAROLYN HORNE<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY OF HOPE CENTER, INC. d/b/a WALTER WESLEY JOYNER ACADEMY AND JOHNNY VAUGHN<br><br>Defendant. | CIVIL ACTION NO.<br>3:14-CV-00118-DHB-BKE |

STATE OF _Florida_
COUNTY OF _Duval_

## AFFIDAVIT OF BRIAN POWELL

Before me, the undersigned Notary Public in State of Georgia, personally appeared Brian Powell, who is known to me and who being duly sworn, doth depose and say as follows:

1. My name is Brian Powell. I reside in Jacksonville, Florida. I was employed at Community of Hope Center, Inc., d/b/a Walter Wesley Joyner Academy ("Community of Hope"), from April 4, 2013 to October 1, 2013.

2. Johnny Vaughn was the CEO and owner of Community of Hope and I reported directly to him.

3. I was employed at Community of Hope in Dublin, Georgia and had the title of personnel manager, however the tasks I performed were taking the male youths to school and supervising the male and female youths at school during the day.

4. During the period relevant to my claims, April 4, 2013 to October 1, 2013, I received a monthly salary of $1,750.00. My hourly pay rate was $10.94 per hour.

5. I worked five (5) days per week, Monday-Friday from 6:00AM to 6:00PM, and worked on Saturdays from 10:00AM to 4:00PM, and on Sundays from 2:00PM-6:00PM, thereby working a total of seventy (70) hours per week which resulted in thirty (30) hours each week of overtime. I did not have scheduled lunch breaks and would eat lunch while supervising the boys.

6. During this time period my complaint encompasses, I was paid for forty (40) hours each week, at the hourly rate of $10.94 per hour. I was not paid time and one half for the hours I worked each week in excess of forty hours.

7. During this time period, Johnny Vaughn refused to pay me for the hours I worked over 40 hours each week, did not include all the time I worked on my paychecks, and failed to keep accurate time records. According to Section

207(a) of the Fair Labor Standards Act ("FLSA"), I was entitled to receive overtime pay during those time periods.

8. Based upon my rate of pay, my overtime rate would have been $16.41 per hour. The weekly unpaid 30 hours, which I never received, for these periods would have been $492.30 per week. The weekly amount of $492.30 x 25weeks=$12,307.50. The attached chart reflects my damages in this case.

9. I ask that this Honorable Court award to me a judgment against Community of Hope in the amount of $12,307.50. for the overtime compensation I never received, plus an amount equal to these damages as allowed under the FLSA in the amount of $12,307.50. Total back wages and liquidated damages equals $24,615.00.

This 20 day of January, 2017.

_____
Bryan Powell

Sworn to and subscribed before me on this the 20 day of January, 2017.

_____
Notary Public, My Commission Expires 03/07/2018

VIRGILIO C. FERMIL
MY COMMISSION # FF096859
EXPIRES: March 07, 2018