Brian Powell

| Time Period worked | Total Number of Weeks worked | Hours worked per week | Regular Rate of Pay (calculated from monthly pay) | Overtime rate of pay | Total Overtime hours worked | Amount of overtime wages Due |
|---|---|---|---|---|---|---|
| April 4, 2013 - October 1, 2013 | 25 weeks | 70 hours total (40 regular) 30 overtime hours | $1750 monthly pay /160 regular hours worked per month=$10.94 | $10.94 *1.5=$16.41 | 25 weeks*30 hours a week= 750 hours | 750 hours *$16.41 **$12,307.50** |