IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| WILLIE MACK HENRY, BRIAN POWELL, SHAUN POWELL, MELVIN THOMAS, EBB O'NEAL, JR., AUTHOR LEE HARVARD, CHARLINE WRIGHT, AND CAROLYN HORNE<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY OF HOPE CENTER, INC. d/b/a WALTER WESLEY JOYNER ACADEMY AND JOHNNY VAUGHN<br><br>Defendant. | CIVIL ACTION NO.<br>3:14-CV-00118-DHB-BKE |

STATE OF ~~FLORIDA~~
COUNTY OF ~~Duval~~

## AFFIDAVIT OF SHAUN POWELL

Before me, the undersigned Notary Public in and for said State of Georgia, personally appeared Shaun Powell, who is known to me and who being duly sworn, doth depose and say as follows:

1. My name is Shaun Powell. I reside in Jacksonville, Florida. I was employed at Community of Hope Center, Inc., d/b/a Walter Wesley Joyner

Academy ("Community of Hope"), from approximately July 2, 2013 to August 1, 2013.

2. Johnny Vaughn was the CEO and owner of Community of Hope.

3. I was employed at Community of Hope in Dublin, Georgia and was a houseparent and supervised female youths who were housed at the Community of Hope facility.

4. During the period relevant to my claims, July 2, 2013 to August 1, 2013, my hourly pay rate was $7.25 per hour.

5. I worked five (5) days per week for 10-12 hours per day. I worked a total of 230 hours during the period I worked for Community of Hope which resulted in me working 70 hours in overtime during the period. I did not have scheduled dinner breaks and would eat dinner while supervising the girls I was supervising.

6. During this time period my complaint encompasses, I was paid for (forty) 40 hours each week, at the hourly rate of $7.25 per hour. I was not paid at time and one half for the hours I worked each week in excess of forty hours.

7. During this time period, Johnny Vaughn refused to pay me for the hours I worked over 40 each week, did not include all the time I worked on my paychecks, and failed to keep accurate time records. According to Section 207(a)

of the Fair Labor Standards Act ("FLSA"), I was entitled to receive overtime pay during those time periods.

8. Based upon my rate of pay, my overtime rate would have been $10.88 per hour. The 70 unpaid hours, would have been $761.60 for the period I worked for Community of Hope. The attached chart reflects my damages in this case.

9. I ask that this Honorable Court award to me a judgment against Community of Hope in the amount of $761.60 for the overtime compensation I never received, plus an amount equal to these damages as allowed under the FLSA in the amount of $761.60. Total back wages and liquidated damages equals $1,523.20.

This 20 day of January, 2017.

_Shaun Powell_
Shaun Powell

Sworn to and subscribed before me on this the 20 day of January, 2017.

Notary Public, My Commission Expires 03/07/2018

VIRGILIO C. FERMIL
MY COMMISSION # FF095859
EXPIRES: March 07, 2018