Shaun Powell

| Time Period Worked | Total Number of Weeks worked | Regular Rate of Pay (calculated from monthly pay) | Overtime rate of pay | Amount of overtime wages Due |
|---|---|---|---|---|
| July 2, 2013 - August 1, 2013 | 4 weeks | $1160 monthly pay /160 regular hours worked per month=$7.25 | $7.25 *1.5=$10.88 | 70 hours *$10.88 **$761.60** |