IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| WILLIE MACK HENRY, BRIAN POWELL, SHAUN POWELL, MELVIN THOMAS, EBB O'NEAL, JR., AUTHOR LEE HARVARD, CHARLINE WRIGHT, AND CAROLYN HORNE<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY OF HOPE CENTER, INC. d/b/a WALTER WESLEY JOYNER ACADEMY AND JOHNNY VAUGHN<br><br>Defendant. | CIVIL ACTION NO.<br>3:14-CV-00118-DHB-BKE |

STATE OF <u>GEORGIA</u>
COUNTY OF <u>CLAYTON</u>

## **AFFIDAVIT OF CAROLYN HORNE**

Before me, the undersigned Notary Public in the State of Georgia, personally appeared Carolyn Horne who is known to me and who being duly sworn, doth depose and say as follows:

1. My name is Carolyn Horne. I reside in Dublin, Georgia. I was employed at Community of Hope Center, Inc., d/b/a Walter Wesley Joyner

Academy ("Community of Hope"), during the period from June 3, 2013 to July 1, 2013.

2. Johnny Vaughn was the CEO and owner of Community of Hope.

3. I was employed at Community of Hope in Dublin, Georgia as a house parent for the female youths housed at the Community of Hope facility.

4. During the period relevant to my claims, June 3, 2013 to July 1, 2013, my hourly rate of pay was $7.25.

5. I worked five (5) days per week from 8:00 AM to 6:00 PM, 10 hours per day, I worked a total of 200 hours during the period I worked for Community of Hope which resulted in me working 40 hours in overtime during the period. I did not have scheduled dinner breaks and would eat dinner while supervising the girls I oversaw as a houseparent.

6. During this time period my complaint encompasses, I was paid for (forty) 40 hours each week, at the hourly rate of $7.25 per hour. I was not paid at time and one half for the hours I worked each week in excess of forty hours.

7. During this time period, Johnny Vaughn refused to pay me for the hours I worked over 40 each week, did not include all the time I worked on my paychecks, and failed to keep accurate time records.

According to Section 207(a) of the Fair Labor Standards Act ('FLSA"), I was entitled to receive overtime pay during those time periods.

8. Based upon my rate of pay, my overtime rate would have been $10.88 per hour. The 40 unpaid hours, would have been $435.20 for the period I worked for Community of Hope. The attached chart reflects damages in this case.

9. I ask that this Honorable Court award to me a judgment against Community of Hope in the amount of $435.20 for the overtime compensation I never received, plus an amount equal to these damages as allowed under the FLSA in the amount of $435.20. Total back wages and liquidated damages equals $870.40

Witness my had on this 10th day of March, 2017.

_Carolyn Horne_
Carolyn Horne

Sworn to and subscribed before me on this the 10th day of March, 2017.

_Heather B Mead_, Notary Public, My Commission Expires 5/15/17

[Notary Seal: HEATHER B MEAD, Comm. Exp. 05/15/17, NOTARY PUBLIC, MONTGOMERY COUNTY, GA]

Carolyn Horne

| Time Period worked | Total # of hours worked | # of Overtime hours worked | Rate of pay | Amount of overtime wages Due |
|---|---|---|---|---|
| June 3, 2013 – August 1, 2013 | 200 hours | 40 hours | $7.25 *1.5=$10.88 | 40 hours *$10.88 $435.20 |
| **Grand Total:** | | | | $435.20 |