# INVOICE



Invoice # 121
Date: 04/04/2017
Due On: 05/04/2017




157 S McDonough St
Jonesboro, GA 30236

Willie Henry
900 Fletcher Stanley Rd
Montrose, GA 31065

## 2015-00046HENR

## Community of Hope

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 06/04/2014 | Danielle Obiorah | Consultation with Willie Henry regarding FLSA claims. | 1.00 | $350.00 | $350.00 |
| 06/11/2014 | Danielle Obiorah | FOIA request to Department of Labor | 0.25 | $350.00 | $87.50 |
| 06/12/2014 | Danielle Obiorah | Researched Community of Hope entity status. | 0.59 | $175.00 | $103.25 |
| 06/12/2014 | Danielle Obiorah | Reviewed documents received from W. Henry. | 1.00 | $175.00 | $175.00 |
| 06/12/2014 | Danielle Obiorah | Consultation with Shaun Powell regarding overtime claims. | 0.42 | $175.00 | $73.50 |
| 06/12/2014 | Danielle Obiorah | Consultation with Ebb O'Neil regarding overtime claims. | 0.34 | $175.00 | $59.50 |
| 06/13/2014 | Danielle Obiorah | Consultation with Melvin Thomas (M. Thomas) regarding overtime and wage claims. | 0.67 | $350.00 | $234.50 |
| 06/13/2014 | Danielle Obiorah | Consultation with Author Havard regarding overtime claims. | 0.34 | $350.00 | $119.00 |
| 06/13/2014 | Danielle Obiorah | Consultation with Carolyn Horne regarding overtime claims. | 0.42 | $350.00 | $147.00 |
| 06/13/2014 | Danielle Obiorah | Consultation with Charline Wright regarding overtime and wage claims. | 0.50 | $350.00 | $175.00 |
| 06/17/2014 | Danielle Obiorah | Researched potential defenses to overtime and wage claims. | 2.00 | $350.00 | $700.00 |

| | | | | | |
|---|---|---|---|---|---|
| 06/17/2014 | Danielle Obiorah | Researched willful violations of FLSA laws. | 1.00 | $350.00 | $350.00 |
| 06/23/2014 | Danielle Obiorah | Reviewed acknowledgment letter from Department of Labor regarding FOIA request. | 0.09 | $350.00 | $31.50 |
| 07/03/2014 | Danielle Obiorah | Reviewed email from Department of Labor regarding FOIA request. | 0.09 | $350.00 | $31.50 |
| 07/07/2014 | Danielle Obiorah | Response to email regarding FOIA request. | 0.09 | $350.00 | $31.50 |
| 07/14/2014 | Danielle Obiorah | Email correspondence with B. Powell regarding FOIA response. | 0.09 | $350.00 | $31.50 |
| 07/18/2014 | Danielle Obiorah | Reviewed documents from Willie Henry regarding Dept of Labor investigation. | 0.42 | $350.00 | $147.00 |
| 07/24/2014 | Danielle Obiorah | Reviewed Department of Labor FOIA documents. | 1.25 | $350.00 | $437.50 |
| 07/29/2014 | Danielle Obiorah | Researched applicability of FLSA to nonprofit children's homes. | 1.75 | $350.00 | $612.50 |
| 07/29/2014 | Danielle Obiorah | Researched applicability of FLSA to private schools. | 1.00 | $350.00 | $350.00 |
| 08/04/2014 | Danielle Obiorah | Reviewed documents from A. Havard. | 0.17 | $350.00 | $59.50 |
| 08/06/2014 | Danielle Obiorah | Reviewed documents from Melvin Thomas. | 0.20 | $350.00 | $70.00 |
| 08/08/2014 | Danielle Obiorah | Reviewed documents from W. Henry. | 0.20 | $350.00 | $70.00 |
| 08/12/2014 | Danielle Obiorah | Researched FLSA applicability to salaried employees. | 2.00 | $350.00 | $700.00 |
| 08/14/2014 | Danielle Obiorah | Reviewed documents from S.Powell. | 0.17 | $350.00 | $59.50 |
| 08/14/2014 | Danielle Obiorah | Reviewed documents from B. Powell. | 0.17 | $350.00 | $59.50 |
| 08/18/2014 | Danielle Obiorah | Reviewed correspondence from Charline Wright (C. Wright). | 0.17 | $350.00 | $59.50 |
| 08/18/2014 | Danielle Obiorah | Reviewed documents from Carolyn Horne. | 0.17 | $350.00 | $59.50 |
| 09/10/2014 | Danielle Obiorah | Researched requirements for consent to join for FLSA cases. | 0.92 | $350.00 | $322.00 |
| 09/15/2014 | Danielle Obiorah | Drafted complaint. | 0.92 | $350.00 | $322.00 |
| 09/19/2014 | Danielle Obiorah | Drafted consent to join for Plaintiff's. | 0.75 | $350.00 | $262.50 |
| 09/22/2014 | Danielle Obiorah | Finalized consent to join form for Plaintiff's. | 0.75 | $350.00 | $262.50 |
| 09/23/2014 | Danielle Obiorah | Drafted complaint. | 1.00 | $350.00 | $350.00 |
| 09/30/2014 | Teri D. Fields | Continuing to assist in drafting complaint; | 3.00 | $350.00 | $1,050.00 |
| 10/21/2014 | Danielle Obiorah | Finalized complaint. | 1.00 | $350.00 | $350.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/21/2014 | Teri D. Fields | Finalizing complaint, civil cover sheet and summons for filing | 2.00 | $350.00 | $700.00 |
| 10/24/2014 | Danielle Obiorah | Drafted and finalized correspondence to Plaintiff's regarding status of case. | 0.42 | $350.00 | $147.00 |
| 10/29/2014 | Danielle Obiorah | Reviewed Litigants" Bill of Rights from C. Wright. | 0.10 | $350.00 | $35.00 |
| 10/29/2014 | Danielle Obiorah | Reviewed Litigants" Bill of Rights from C. Horne. | 0.10 | $350.00 | $35.00 |
| 10/30/2014 | Danielle Obiorah | Reviewed Litigants" Bill of Rights from Ebb O'Neal. | 0.10 | $350.00 | $35.00 |
| 10/30/2014 | Danielle Obiorah | Reviewed Litigants" Bill of Rights from A. Havard. | 0.10 | $350.00 | $35.00 |
| 10/31/2014 | Danielle Obiorah | Reviewed Litigants" Bill of Rights from B. Powell. | 0.10 | $350.00 | $35.00 |
| 10/31/2014 | Danielle Obiorah | Reviewed Litigants" Bill of Rights from S. Powell. | 0.10 | $350.00 | $35.00 |
| 10/31/2014 | Danielle Obiorah | Reviewed Litigants" Bill of Rights from M. Thomas. | 0.10 | $350.00 | $35.00 |
| 11/06/2014 | Danielle Obiorah | Reviewed Litigants" Bill of Rights from W. Henry. | 0.10 | $350.00 | $35.00 |
| 11/06/2014 | Danielle Obiorah | Drafted and finalized for filing disclosure statement. | 0.34 | $350.00 | $119.00 |
| 12/04/2014 | Danielle Obiorah | Reviewed defendants answer and defenses. | 0.59 | $350.00 | $206.50 |
| 12/23/2014 | Danielle Obiorah | Reviewed filing by opposing counsel. | 0.09 | $350.00 | $31.50 |
| 12/23/2014 | Danielle Obiorah | Reviewed Defendant's disclosure statement. | 0.25 | $350.00 | $87.50 |
| 01/05/2015 | Danielle Obiorah | Reviewed scheduling order from court. | 0.09 | $350.00 | $31.50 |
| 01/06/2015 | Danielle Obiorah | Drafted and finalized Plaintiff's Initial Disclosures. | 1.00 | $350.00 | $350.00 |
| 02/18/2015 | Danielle Obiorah | Drafted Plaintiff's discovery requests to defendant's. | 2.17 | $350.00 | $759.50 |
| 02/19/2015 | Danielle Obiorah | Finalized discovery requests to defendants. | 0.75 | $350.00 | $262.50 |
| 03/18/2015 | Teri D. Fields | Electronic correspondence to opposing counsel re: defendant deposition; | 0.50 | $350.00 | $175.00 |
| 03/24/2015 | Danielle Obiorah | Reviewed discovery requests received from defendants for W. Henry. | 0.17 | $350.00 | $59.50 |
| 03/24/2015 | Danielle Obiorah | Reviewed discovery requests from defendants for B. Powell. | 0.17 | $350.00 | $59.50 |

| Date | Name | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 03/24/2015 | Danielle Obiorah | Reviewed discovery requests from defendants for S. Powell. | 0.17 | $350.00 | $59.50 |
| 03/24/2015 | Danielle Obiorah | Reviewed discovery requests from defendants for M. Thomas. | 0.17 | $350.00 | $59.50 |
| 03/24/2015 | Danielle Obiorah | Reviewed discovery requests from defendants for M. Thomas. | 0.17 | $350.00 | $59.50 |
| 03/24/2015 | Danielle Obiorah | Reviewed discovery requests from defendants for E. O'Neal. | 0.17 | $350.00 | $59.50 |
| 03/24/2015 | Danielle Obiorah | Reviewed discovery requests from defendants for A. Havard. | 0.17 | $350.00 | $59.50 |
| 03/24/2015 | Danielle Obiorah | Reviewed discovery requests from defendants for C. Wright. | 0.17 | $350.00 | $59.50 |
| 03/24/2015 | Danielle Obiorah | Reviewed discovery requests from defendants for C. Horne. | 0.17 | $350.00 | $59.50 |
| 03/26/2015 | Danielle Obiorah | Reviewed discovery responses and documents from defendants. | 1.59 | $350.00 | $556.50 |
| 04/06/2015 | Danielle Obiorah | Reviewed discovery responses from W. Henry. | 0.34 | $350.00 | $119.00 |
| 04/07/2015 | Danielle Obiorah | Reviewed E. O'Neil discovery responses. | 0.17 | $350.00 | $59.50 |
| 04/13/2015 | Danielle Obiorah | Reviewed discovery responses from S. Powell. | 0.17 | $350.00 | $59.50 |
| 04/13/2015 | Danielle Obiorah | Reviewed discovery responses from B. Powell. | 0.17 | $350.00 | $59.50 |
| 04/13/2015 | Danielle Obiorah | Reviewed discovery responses from Carolyn Horne. | 0.25 | $350.00 | $87.50 |
| 04/14/2015 | Danielle Obiorah | Reviewed discovery responses from C. Wright. | 0.17 | $350.00 | $59.50 |
| 04/16/2015 | Danielle Obiorah | Reviewed Melvin Thomas discovery responses. | 0.17 | $350.00 | $59.50 |
| 04/29/2015 | Danielle Obiorah | Drafted responses to discovery requests for S. Powell. | 0.59 | $350.00 | $206.50 |
| 04/29/2015 | Danielle Obiorah | Responded to discovery requests from defendants for B. Powell. | 0.75 | $350.00 | $262.50 |
| 05/01/2015 | Teri D. Fields | Exchanging electronic correspondence with opposing counsel; | 0.25 | $350.00 | $87.50 |
| 05/04/2015 | Danielle Obiorah | Responded to discovery requests for M. Thomas. | 0.67 | $350.00 | $234.50 |
| 05/04/2015 | Danielle Obiorah | Responded to discovery requests to E. O'Neal. | 0.67 | $350.00 | $234.50 |
| 05/04/2015 | Danielle Obiorah | Responded to discovery requests for A. Havard. | 0.75 | $350.00 | $262.50 |
| 05/04/2015 | Danielle Obiorah | Responded to discovery requests for C. Wright. | 0.59 | $350.00 | $206.50 |
| 05/04/2015 | Danielle Obiorah | Responded to discovery requests for C. Horne. | 0.59 | $350.00 | $206.50 |

| | | | | | |
|---|---|---|---|---|---|
| 05/08/2015 | Danielle Obiorah | Finalized discovery responses. | 2.50 | $350.00 | $875.00 |
| 05/08/2015 | Teri D. Fields | Correspondence to opposing counsel re: depsitions; | 0.50 | $350.00 | $175.00 |
| 05/14/2015 | Teri D. Fields | Reviewing electronic correspondence from opposing counsel; | 0.09 | $350.00 | $31.50 |
| 05/19/2015 | Teri D. Fields | Exchanging electronic correspondence with opposing counsel; | 0.34 | $350.00 | $119.00 |
| 05/19/2015 | Teri D. Fields | Drafting and filing joint motion for extension of time to complete discovery; | 2.50 | $350.00 | $875.00 |
| 06/22/2015 | Teri D. Fields | Electronic Correspondence sent to opposing counsel regarding depositions; | 0.50 | $350.00 | $175.00 |
| 08/03/2015 | Teri D. Fields | Exchange electronic correspondence with opposing counsel; | 0.42 | $350.00 | $147.00 |
| 08/05/2015 | Teri D. Fields | Drafting and sending electronic correspondence to opposing counsel | 0.25 | $350.00 | $87.50 |
| 08/12/2015 | Danielle Obiorah | Telephone consult with opposing counsel. | 0.09 | $350.00 | $31.50 |
| 08/17/2015 | Danielle Obiorah | Consultation with C. Wright to prepare for deposition. | 0.67 | $350.00 | $234.50 |
| 08/17/2015 | Danielle Obiorah | Consultation with S. Powell to prepare for deposition. | 0.59 | $350.00 | $206.50 |
| 08/17/2015 | Danielle Obiorah | Consultation with W. Henry to prepare for deposition. | 1.00 | $350.00 | $350.00 |
| 08/17/2015 | Danielle Obiorah | Consultation with B. Powell to prepare for deposition. | 0.67 | $350.00 | $234.50 |
| 08/18/2015 | Danielle Obiorah | Consultation with M.Thomas to prepare for deposition. | 1.00 | $350.00 | $350.00 |
| 08/18/2015 | Danielle Obiorah | Consultation with E. O'Neal to prepare for deposition. | 0.42 | $350.00 | $147.00 |
| 08/18/2015 | Danielle Obiorah | Consultation with C. Horne to prepare for deposition. | 0.34 | $350.00 | $119.00 |
| 08/18/2015 | Danielle Obiorah | Contacted A. Havard regarding deposition. | 0.09 | $350.00 | $31.50 |
| 08/18/2015 | Danielle Obiorah | Preparation for deposition. | 3.00 | $350.00 | $1,050.00 |
| 08/18/2015 | Danielle Obiorah | Preparation for defendants deposition. | 1.75 | $350.00 | $612.50 |
| 08/19/2015 | Danielle Obiorah | Depositions of J. Vaughn, B. Vaughn and A. Washington. | 6.00 | $350.00 | $2,100.00 |
| 08/19/2015 | Teri D. Fields | Attending and assisting in depositions | 2.00 | $350.00 | $700.00 |
| 08/20/2015 | Danielle Obiorah | Preparation for Plaintiff's deposition. | 2.00 | $350.00 | $700.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/21/2015 | Danielle Obiorah | Deposition of C. Wright. | 0.75 | $350.00 | $262.50 |
| 08/21/2015 | Danielle Obiorah | Deposition of S. Powell. | 0.75 | $350.00 | $262.50 |
| 08/21/2015 | Danielle Obiorah | Deposition of B. Powell. | 1.17 | $350.00 | $409.50 |
| 08/21/2015 | Danielle Obiorah | Deposition of M. Thomas. | 0.92 | $350.00 | $322.00 |
| 08/21/2015 | Danielle Obiorah | Deposition of W. Henry. | 1.25 | $350.00 | $437.50 |
| 08/21/2015 | Danielle Obiorah | Deposition of Carolyn Horne. | 0.75 | $350.00 | $262.50 |
| 08/21/2015 | Danielle Obiorah | Preparation for Plaintiff's deposition. | 1.00 | $350.00 | $350.00 |
| 01/11/2016 | Danielle Obiorah | Email correspondence with opposing counsel regarding pre-trial meeting. | 0.09 | $350.00 | $31.50 |
| 01/25/2016 | Danielle Obiorah | Email correspondence with opposing counsel regarding pre-trial meeting and stay. | 0.17 | $350.00 | $59.50 |
| 01/26/2016 | Danielle Obiorah | Reviewed consent motion and order. | 0.14 | $350.00 | $49.00 |
| 03/07/2016 | Danielle Obiorah | Email correspondence with opposing counsel. | 0.09 | $350.00 | $31.50 |
| 03/08/2016 | Danielle Obiorah | A103 Draft/revise L440 Other Trial Preparation and Support: Prepared Joint Consolidated Order | 2.22 | $350.00 | $777.00 |
| 03/09/2016 | Danielle Obiorah | Email correspondence with opposing counsel. | 0.09 | $350.00 | $31.50 |
| 03/10/2016 | Danielle Obiorah | Drafted and filed motion to stay pre-trial deadlines. | 0.50 | $350.00 | $175.00 |
| 05/06/2016 | Danielle Obiorah | Email correspondence with opposing counsel regarding pre-trial deadlines. | 0.09 | $350.00 | $31.50 |
| 05/10/2016 | Danielle Obiorah | Email correspondence with opposing counsel regarding pre-trial deadlines. | 0.09 | $350.00 | $31.50 |
| 05/16/2016 | Danielle Obiorah | Telephone conference with opposing counsel regarding pre-trial matters. | 0.17 | $350.00 | $59.50 |
| 05/16/2016 | Danielle Obiorah | Drafted and finalized joint motion for magistrate mediation. | 0.50 | $350.00 | $175.00 |
| 09/01/2016 | Danielle Obiorah | Reviewed motion by opposing counsel to withdraw. | 0.09 | $350.00 | $31.50 |
| 09/06/2016 | Danielle Obiorah | Reviewed order from court. | 0.09 | $350.00 | $31.50 |
| 11/09/2016 | Danielle Obiorah | Reviewed order from court. | 0.09 | $350.00 | $31.50 |
| 12/27/2016 | Danielle Obiorah | Reviewed order from court. | 0.09 | $350.00 | $31.50 |
| 01/10/2017 | Danielle Obiorah | Reviewed damages and drafted damages affidavit for W. Henry. | 0.75 | $350.00 | $262.50 |
| 01/10/2017 | Danielle Obiorah | Reviewed damages and drafted damages affidavit for M. Thomas. | 1.34 | $350.00 | $469.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01/10/2017 | Danielle Obiorah | Reviewed damages and drafted affidavit for B. Powell. | 1.00 | $350.00 | $350.00 |
| 01/11/2017 | Danielle Obiorah | Drafted damages affidavit for B. Powell. | 0.42 | $350.00 | $147.00 |
| 01/11/2017 | Danielle Obiorah | Reviewed damages and drafted affidavit for S. Powell. | 0.92 | $350.00 | $322.00 |
| 01/11/2017 | Danielle Obiorah | Reviewed damages and drafted affidavit for C. Wright. | 1.17 | $350.00 | $409.50 |
| 01/12/2017 | Teri D. Fields | A103 Draft/revise L320 Document Production: Draft damage charts to be included with pleadings. | 4.50 | $350.00 | $1,575.00 |
| 01/16/2017 | Danielle Obiorah | Telephone consultation with B. Powell regarding damages. | 0.17 | $350.00 | $59.50 |
| 01/16/2017 | Danielle Obiorah | Telephone consultation with S. Powell regarding damages. | 0.17 | $350.00 | $59.50 |
| 01/16/2017 | Danielle Obiorah | Telephone consultation with W. Henry regarding damages. | 0.25 | $350.00 | $87.50 |
| 01/16/2017 | Danielle Obiorah | Telephone consultation with E. O'Neal regarding damages. | 0.17 | $350.00 | $59.50 |
| 01/16/2017 | Danielle Obiorah | Telephone consultation with M. Thomas regarding damages. | 0.17 | $350.00 | $59.50 |
| 01/17/2017 | Teri D. Fields | A103 Draft/revise L320 Document Production: Draft damage charts to be included with pleadings. | 3.00 | $350.00 | $1,050.00 |
| 01/17/2017 | Danielle Obiorah | Reviewed damages and drafted affidavit for E. O'Neal. | 1.00 | $350.00 | $350.00 |
| 01/19/2017 | LawFirm Intern | A103 Draft/revise L320 Document Production: Draft damage charts to be included with pleadings. | 0.34 | $100.00 | $34.00 |
| 01/19/2017 | Danielle Obiorah | Meeting with W. Henry regarding damages affidavit. | 0.42 | $350.00 | $147.00 |
| 01/19/2017 | Teri D. Fields | Meeting with E. O'Neal regarding damages affidavit. | 0.34 | $350.00 | $119.00 |
| 01/19/2017 | Teri D. Fields | Meeting with M. Thomas regarding damages affidavit. | 0.34 | $350.00 | $119.00 |
| 01/19/2017 | Danielle Obiorah | Email to S. Powell regarding damages affidavit. | 0.09 | $350.00 | $31.50 |
| 01/19/2017 | Danielle Obiorah | Email to B. Powell regarding damages affidavit. | 0.09 | $350.00 | $31.50 |
| 01/19/2017 | Danielle Obiorah | Telephone consultation with A. Havard regarding damages. | 0.25 | $350.00 | $87.50 |

| | | | | | |
|---|---|---|---|---|---|
| 01/19/2017 | Danielle Obiorah | Reviewed damages and drafted affidavit for A. Havard. | 1.42 | $350.00 | $497.00 |
| 01/19/2017 | Teri D. Fields | Drafted damages chart to be included with affidavits. | 1.50 | $350.00 | $525.00 |
| 01/20/2017 | Danielle Obiorah | Drafted default Motion. | 2.50 | $350.00 | $875.00 |
| 01/24/2017 | Danielle Obiorah | Meeting with A. Havard regarding damages. | 0.67 | $350.00 | $234.50 |
| 01/24/2017 | Danielle Obiorah | Revised Default Motion. | 0.75 | $350.00 | $262.50 |
| 01/25/2017 | Danielle Obiorah | Reviewed and finalized damages affidavits and charts for plaintiff's. | 2.42 | $350.00 | $847.00 |
| 01/26/2017 | Danielle Obiorah | Finalized default motion for filing. | 1.00 | $350.00 | $350.00 |
| 02/13/2017 | Teri D. Fields | Assisting in preparing client affidavits in support of motions for default judgment | 3.00 | $350.00 | $1,050.00 |
| 02/15/2017 | Teri D. Fields | Assisting in preparing client affidavits in support of motions for default judgment | 3.00 | $350.00 | $1,050.00 |
| 02/20/2017 | Teri D. Fields | Assisting in preparing client affidavits in support of motions for default judgment | 3.00 | $350.00 | $1,050.00 |
| 03/01/2017 | Teri D. Fields | Review clerk's judgment | 0.14 | $350.00 | $49.00 |
| 03/01/2017 | Teri D. Fields | Review minute entry on reset deadlines | 0.09 | $350.00 | $31.50 |
| 03/01/2017 | Teri D. Fields | Review order of the court | 0.25 | $350.00 | $87.50 |
| 03/06/2017 | Danielle Obiorah | Telephone consultation with C. Horne. | 0.34 | $350.00 | $119.00 |
| 03/08/2017 | Danielle Obiorah | Reviewed and drafted damages affidavit for C. Horne. | 1.00 | $350.00 | $350.00 |
| 03/14/2017 | Teri D. Fields | Review filed Motion for Default Judgment | 0.09 | $350.00 | $31.50 |
| 03/14/2017 | Teri D. Fields | Review filed Response to Motion | 0.09 | $350.00 | $31.50 |
| 03/17/2017 | Teri D. Fields | Review Motion for Time extension | 0.09 | $350.00 | $31.50 |
| 03/21/2017 | Teri D. Fields | Review order resetting deadlines | 0.09 | $350.00 | $31.50 |
| 03/21/2017 | Teri D. Fields | Review order granting extension of time | 0.14 | $350.00 | $49.00 |
| 03/23/2017 | Teri D. Fields | Review Clerk Judgment in favor of Horne | 0.17 | $350.00 | $59.50 |
| 03/23/2017 | Teri D. Fields | Review Order of the Court directing Judgment be entered | 0.17 | $350.00 | $59.50 |
| 03/23/2017 | Danielle Obiorah | Reviewed order from Court. | 0.09 | $350.00 | $31.50 |
| 04/03/2017 | Teri D. Fields | Drafted damages chart to be included with affidavits. | 2.50 | $350.00 | $875.00 |

**Quantity Subtotal** **122.55**

| | |
|---|---|
| **Quantity Total** | **122.55** |
| **Subtotal** | **$42,396.25** |
| **Total** | **$42,396.25** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 121 | 05/04/2017 | $42,396.25 | $0.00 | $42,396.25 |
| | | | **Outstanding Balance** | **$42,396.25** |
| | | | **Total Amount Outstanding** | **$42,396.25** |

Please make all amounts payable to: Obiorah Fields, LLC

Please pay within 30 days.