# Fischer Reporting Services

Post Office Box 801076
Acworth, GA 30101
Phone or Fax 770-424-4862
Employer ID No. 58-2107903

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/8/2015 | 10486 |

**BILL TO**

Danielle Obiorah, Attorney
120 N. McDonough Street
Jonesboro, GA 30236
dbo@nationalemploymentrights.com

| TERMS | DUE DATE | REPORTER |
|---|---|---|
| Net 30 | 10/8/2015 | DN |

| DESCRIPTION | AMOUNT |
|---|---|
| In re: HENRY, ET AL, VS COMMUNITY OF HOPE USDC CAFN 3:14 CV 00118-DHB BKE Depositions of Johnny Vaughn, Bessie Vaughn and Angela Washington taken August 19, 2015 in Macon, GA | 0.00 |
| Original & One Certified Copy | 1,117.75 |

Please return one copy with remittance

**Total** $1,117.75

E-mail
marge2depo@gmail.com

RECEIVED SEP 11 2015



## COMBS COURT REPORTING, INC.
PROFESSIONAL, DEPENDABLE REPORTERS
Serving the entire State of Georgia

3638 Vineville Ave
Macon, GA 31204
Phone: 800-474-6987
deborah@combscourtreporting.com

# INVOICE

OBIORAH FIELDS, LLC
ATTN: Danielle B. Obiorah, Esquire
124 North McDonough Street
Jonesboro, GA 30236

Invoice Number: 102978
Invoice Date: 09/08/2015

Client Phone: 404-994-6218

In RE: Willie Mack Henry, et al. vs. Community of Hope Center, Inc., et al.
Willie Mack Henry, Brian Powell, SHaun Powell, Melvin Thomas, Edd O'Neal, Jr., Anthony Lee Havard, Charline Wright and Carolyn Horne
Attendance Date: 08/21/2015, 9:00am
Reporter: ST
Location: Office of Obiorah Fields, LLC - 124 North McDonough Street - Jonesboro, GA 30236

Invoice Total: 909.40

CHARGES FOR TRANSCRIPT COPY OF WRIGHT, HORNE, S. POWELL, B. POWELL, O'NEAL, THOMAS AND HENRY ALONG WITH EXHIBITS

Thank you for doing business with Combs Court Reporting, Inc.
Stenographic Realtime Court Reporters
Schedule our services by visiting our website at
WWW.COMBSCOURTREPORTING.COM
or calling 800.474.6987

Please note that we have incorporated our business and now have a different Tax ID number.

Please make check out to Combs Court Reporting, Inc.

For your convenience, we accept MasterCard and Visa.
Please note: If paying by Credit Card, please add .04.

TERMS: Nonclients cash in advance. Clients Net 30.
Accounts over 30 days are subject to 1.5% interest, PLUS $2.00 per month transaction fee. Payment is not contingent upon client reimbursement.

Tax ID: 47-1287858