# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 OCT 24  A 10: 57

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| COMMUNITY HOPE CENTER | |
| INC, b/d/a WALTER WESLEY | |
| JOINER ACADEMY AND | CIVIL ACTION NO. |
| JOHNNY VAUGHN | 3:14-CV-00118-DHB-BKE |
|    Defendant | |
| | |
| WILLIE MACK HENRY, BRIAN | |
| POWELL, SHAUN POWELL, | |
| MELVIN THOMAS, EBB O'NEAL, | |
| JR., AUTHOR LEE HARVARD, | |
| CHARLINE WRIGHT, AND | |
| CAROLYN HORNE | |
|    Plaintiff | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October 2017, a true and connect copy of the foregoing mailed with the Clerk of Court by <mail> and was mailed to the following.

- Danielle B. Obiorah
  157South McDonough Street
  Jonesboro GA, 30236
  Attorney For Plaintiffs

## MOTION TO DISMISS STATUTE OF LIMITATIONS

Come now, The Statute Of Limitations for FLSA Overtime Compensation Claim is two years unless the employer's violation was willful.

No plaintiff has addressed or stated that any act of the employer was willful.

Only then FLSA allows a three year limitation period.

These plaintiffs begun their complaint in 2012 at the department of justice in Macon Georgia, the Justice Department dismiss the complaint.

Regardless when it was filed in any other court, the time limit had expired on the 6/21/14; FLSA has not extended the statute of limitation. < 29 U.S. C-255(a)>

Respectfully submitted this 19th day October 2017 (by mail)

Rev. Johnny Vaughn/ Defendant