IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
WILLIE MACK HENRY, BRIAN POWELL,   *
SHAUN POWELL, MELVIN THOMAS, EBB   *
O'NEAL, JR., AUTHOR LEE HAVARD,    *
CHARLINE WRIGHT, and CAROLYN       *
HORNE,                             *
                                   *   CV 314-118
          Plaintiffs,              *
                                   *
     v.                            *
                                   *
JOHNNY VAUGHN,                     *
                                   *
          Defendant.               *
```

O R D E R

This case is scheduled for a bench trial on Tuesday, November 28, 2017, at 10:30 a.m., at the J. Roy Rowland Federal Courthouse in Dublin, Georgia. Plaintiffs have filed a motion to bring electronic equipment (specifically referencing lap top computers, tablet computers, cellular telephones and audio/visual equipment) into the courthouse. This motion (doc. no. 73) is **GRANTED IN PART** and **DENIED IN PART** as follows. Each **attorney** may bring into the courtroom either one lap top or tablet computer for reference during the trial. The courtroom is not equipped with accessible wi-fi capabilities. As is the practice in the Dublin courthouse, attorneys may bring their cell phones into the building but

the cell phones must be left with the Court Security Officer as directed. Non-attorneys must leave their cell phones in their vehicles. **<u>Cellphones are not permitted within the courtroom</u>**. Further, no other electronic equipment is permitted in the courthouse.

It is the expectation of this Court that no electronic evidence of any kind is necessary for the trial of this case, and no court-owned electronic equipment will be provided to the parties for their use.[1]

**ORDER ENTERED** at Augusta, Georgia, this 27th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Courtroom Deputy Clerk shall serve a copy of this Order upon the <u>pro se</u> Defendant on the morning of trial.