# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **3:14cv118**

DATE **November 28, 2017**

TITLE **Willie Mack Henry, et al. v. Johnny Vaughn**

TIMES **10:20 AM - 6:20 PM**

TOTAL **8 hours**

Honorable : **Dudley H. Bowen, Jr., U. S. District Court Judge**

Courtroom Deputy : **Jeanne Hyder**

Court Reporter : **Victoria Root**

Interpreter :

| Attorney for    Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Danielle Bess Obiorah | Pro Se | |
| Teri S. Fields | | |

PROCEEDINGS : **Bench Trial (Day 1, Page 1 of minutes)**

☑ In Court
☐ In Chambers

 **10:20 AM:  All parties present and court called to order.**
 **10:23 AM:  Opening argument for Plaintiffs.**
 **10:29 AM:  Opening argument for Defendant.**
 **10:37 AM: Court denies Def.'s motion to dismiss case against Plaintiff's not present. Those Plaintiff's not present: B. Powell, S. Powell, A. Havard.**
 **10:44 AM:  Plaintiff's Case - P./Witness: Willie Mack Henry. P. Exhibits 3, 11 admitted.**
 **11:28 AM: Def. Cross Examination of W.M. Henry.**
 **12:01 PM: Re-direct - Henry.**
 **12:07 PM: Re-cross - Henry.**
 **12:09 PM - 12:28 PM: Break.**
 **12:28 PM:  P./Witness: Ebb O'Neal. P. Exhibit 13 admitted.**
 **12:47PM - 1:29 PM:  Lunch Break.**
 **1:29 PM: O'Neal cross examination by defendant.**
 **1:32 PM: P./Witness: Meldon Thomas. P. Exhibit 28 and 28 A admitted. (28A - exemplar).**
 **2:11 PM:  Thomas cross examination.**
 **2:24 PM:  Re-direct of Thomas.**
 **2:25 PM:  P./Witness: Carolyn Horne. P. Exhibit 12 admitted.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION


### CLERK'S MINUTES - GENERAL

CASE NO. 3:14cv118                    DATE November 28, 2017

TITLE   Willie Mack Henry, et al. v. Johnny Vaughn

PROCEEDINGS (continued):  Bench Trial (Day 1, Page 2 of minutes)

2:38 PM:  Horne cross examination.

2:55 PM:  Horne re-direct.

2:57 PM:  Instruction given to Defendant to produce any further documents during break.
          - Clerk received no documents from defendant during break.

3:20 PM:  P./Witness: Charlen Wright. P. Exhibit 10 admitted.

3:45 PM:  Wright cross examination.

3:56 PM:  Plaintiff cross examines Defendant Vaughn over Defendant's objection.
          Plaintiff's exhibits P. 21 and P23 admitted.

4:07 PM: Def. testifies that Attorney Cox has the missing Log Books.

4:17 PM: Portions of Vaughn deposition placed in record.

4:24 PM: P exhibit P4 admitted.

4:40 PM: Plaintiffs' exhibits - P17 not admitted; P 15, 1, 16 admitted.

5:01PM:  Court/Defendant - Log Books - Q/A.

5:19 PM: Pl. cross examination of defendant resumes.

5:25 PM:  Plaintiff witness: Angela Washington. P. Exhibit P. 17 admitted.

5:49 PM:  Cross examination of A. Washington.

6:03 PM: Plaintiffs have no further witnesses.

6:08 PM: Defendant would like to present on following day.

6:09 PM:  Court concludes for day to reconvene tomorrow, 11/29/17 at 11:30 AM.