# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. 3:14cv118

DATE November 29, 2017

TITLE Willie Mack Henry, et al. v. Johnny Vaughn

TIMES 11:30 AM - 3:30 PM

TOTAL 4 hours

Honorable: **Dudley H. Bowen, Jr., U. S. District Court Judge**

Courtroom Deputy: **Jeanne Hyder**

Court Reporter: **Victoria Root**

Interpreter:

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Danielle Bess Obiorah<br>Teri S. Fields | Pro Se | |

PROCEEDINGS: Bench Trial (Day 1, Page 1 of minutes)

☑ In Court
☐ In Chambers

11:39 AM: All parties present and court called to order.
11:41 AM: Plaintiffs rest.
11:42 AM: No case to present for defendant, only argument.
11:47 AM: Court places telephone call to Attorney Charles Cox of Macon, defendant's former counsel in case. Mr. Cox placed under oath. Examination of witness by court. Plaintiff and Defendant indicate no questions for Mr. Cox.
11:52 AM: Defendant provides sworn testimony.
11:53 AM: Plaintiffs and Defendant state no more evidence to be presented to the court.
11:54 AM: Closing Argument for plaintiffs.
12:30 PM: Closing Argument for defendant.
12:47 PM: Recess.
1:35 PM: Court Findings of Fact, Conclusions of Law.
3:10 PM: Plaintiffs' counsel may file motions for attorney fees and for liquidated damages.
3:11 PM: Matter concluded for Day.

(Rev 7/2003)

GENERAL CLERK'S MINUTES