AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIE MACK HENRY, BRIAN POWELL, SHAUN
POWELL, MELDON THOMAS, EBB O'NEAL, JR.,
AUTHOR LEE HAVARD, CHARLINE WRIGHT, AND
CAROLYN HORNE,

    Plaintiffs,

v.

JOHNNY VAUGHN,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 314-118

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on December 4, 2017, judgment is hereby entered against Johnny Vaughn and in favor of Plaintiff Willie Mack Henry in the amount of $34,868.80; in favor of Plaintiff Brian Powell in the amount of $15,753.60; in favor of Plaintiff Shaun Powell in the amount of $508.20; in favor of Plaintiff Meldon Thomas in the amount of $7,207.26; in favor of Plaintiff Ebb O'Neal, Jr. in the amount of $17,100.00; in favor of Plaintiff Carolyn Horne in the amount of $522.72; and in favor of Plaintiff Charline Wright in the amount of $32,294.76.  IT IS FURTHER ORDERED that judgment is entered in favor of Defendant Johnny Vaughn as against Plaintiff Author Lee Havard.

12/4/2017  
Date

Scott L. Poff  
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03