AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIE MACK HENRY, et al.,

    Plaintiffs,

            v.

JOHNNY VAUGHN,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV314-118

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order of January 4, 2018, Plaintiffs' motion for attorney's fees is GRANTED. Judgment is entered against Defendant Johnny Vaughn awarding Plaintiffs $54,738.75 in attorney's fees. This civil action stands CLOSED.

01/04/2018
*Date*

Scott L. Poff
*Clerk*

*Jara H Burton*
(By) Deputy Clerk

GAS Rev 10/1/03