# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 25, 2018

Scott L. Poff
U.S. District Court
Federal Justice Center
600 JAMES BROWN BLVD
AUGUSTA, GA 30901

Appeal Number: 18-10035-CC
Case Style: Willie Henry, et al v. Johnny Vaughn, et al
District Court Docket No: 3:14-cv-00118-DHB-BKE

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 04/10/2018.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Julie F. Cohen, CC/lt
Phone #: (404) 335-6170

Enclosure(s)

IS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 18-10035-CC
_____

WILLIE MACK HENRY,
BRIAN POWELL,
SHAUN POWELL,
MELDON THOMAS,
EBB O'NEAL, JR.,
CHARLINE WRIGHT,
CAROLYN HORNE,

                                      Plaintiffs - Appellees,

versus

COMMUNITY OF HOPE CENTER, INC.,
d.b.a. Walter Wesley Joyner Academy,

                                      Defendant,

JOHNNY VAUGHN,

                                      Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Johnny Vaughn has failed to file an appellant's brief within the time fixed by the rules, effective April 25, 2018.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Julie F. Cohen, CC, Deputy Clerk

                                                                FOR THE COURT - BY DIRECTION